UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM N. COCHRAN<br><br>    PLAINTIFF<br><br>v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC<br><br>    DEFENDANT(S) | **CIVIL ACTION NO:**<br>1:24-cv-00010-SDN |

## STATUS REPORT
## CONCERNING SUCCESSFUL MEDIATION

COMES NOW Defendant Carrington Mortgage Services, LLC, FSB (CMS), by and through its undersigned counsel, and submits the within STATUS REPORT consistent with this Court's ORDER in the related case, CIVIL ACTION NO: 1:23-CV-00133-SDN:

The mediation of this matter held on February 13, 2025 was *successful*, resulting in a resolution of *both* matters.

**THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

1

The parties anticipate filing Stipulations of Dismissal in both matters on or before **April 14, 2025**.

DATED: February 21, 2025

/s/ *William A. Fogel*
William A. Fogel
Attorney for Defendant Carrington
Mortgage Services, LLC

Brock & Scott PLLC
30 Danforth Street, Suite 104
Portland, ME 04104
(860) 474- 8747
bill.fogel@brockandscott.com

## CERTIFICATE OF SERVICE

I hereby certify that the pleading to which this Certificate of Service is attached was filed electronically via this court's ECF system, and thereby was served electronically upon all parties who have appeared in this case.

DATED:  February 21, 2025

                                                */s/ William A. Fogel*
                                                William A. Fogel